UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL SIMS, JR. | CIVIL ACTION |
| VERSUS | NO: 19-13165 |
| TERREBONNE PARISH CRIMINAL SECTION JUSTICE COMPLEX, ET AL. | SECTION: "A" (2) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Wilkinson, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Wilkinson and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

February 19, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE